# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHANNA HUFF,<br><br>       Plaintiff,<br>v.<br><br>DRESHER HILL HEALTH &<br>REHABILITATION CENTER<br>       Defendant. | CIVIL ACTION<br><br>NO. 21-1773 |

## ORDER

**AND NOW**, this 22nd day of June, 2023, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 31), Plaintiff's Response (Doc. No. 32), and Defendant's Reply (Doc. No. 33), it is hereby **ORDERED** that the Motion is **GRANTED**.

**JUDGMENT IS ENTERED** in favor of Defendant and against Plaintiff on the entirety of the Amended Complaint. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:


*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**